**UNITED STATES BANKRUPTCY COURT**
**Middle District of Florida**
**Orlando Division**

| | |
|---|---|
| **IN RE:**<br><br>**Michael Kenneth Sweinhagen**<br>**Jennifer Lynn Sweinhagen**<br><br>**Debtors** | **Case No: 6:11-bk-13136-KSJ**<br><br>**Chapter 13** |

**TRUSTEE'S MOTION TO DISMISS CASE FOR INCURRING 2015 POST-PETITION TAX DEBT**

**Notice of Opportunity to Object and for Hearing**

**PURSUANT** to Local Rule 2002-4, the Court will consider this motion, objection or other matter without further notice or hearing unless a party in interest files a response or objection within 21 days of the service of this paper. If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at the United States Bankruptcy Court, George C. Young Courthouse, 400 W. Washington St., Suite 5100, Orlando, FL 32801, and server a copy on:

**Debtors** - Michael Kenneth Sweinhagen, 2411 Captain Drive, Deltona, FL 32738 and Jennifer Lynn Sweinhagen, 2411 Captain Dr., Deltona, FL 32738
**Trustee** - Laurie K. Weatherford, PO Box 3450, Winter Park, FL 32790
**Debtors' Attorney** - Kenneth A Paquette, Clark & Washington, 135 W Central Blvd, Ste 650, Orlando, FL 32801

If you file and serve a response or objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file and objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in this paper, will proceed to consider the pleading without further notice and hearing, and may grant the relief requested.

COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee, and files her Motion to Dismiss Case for Incurring Post-Petition Debt, and as grounds states as follows:

1. That the Chapter 13 Petition for relief was filed on August 30, 2011.

2. That the Order Confirming Plan was entered on February 26, 2012.

3. The Confirmation Order entered by this Court states that “The Debtor is prohibited from incurring any post-confirmation debt during the term of this plan without prior approval of the Court or the Trustee”.

4. The Debtor incurred post-petition tax liabilities to the IRS for $1,908.00 in the tax years(s) 2015.

5. The Trustee has requested proof that the Debtor has paid all post-petition taxes that have been incurred, but as of the date of the filing of this motion, has not received proof of payment.

6. The Trustee is unable to file a report of completion of plan until the Debtor has performed as required under the Bankruptcy Code and the Order Confirming plan relating to post-petition tax debt.

WHEREFORE, the Trustee prays that this Court will grant this Motion and dismiss this case.

**Certificate of Service**

I HEREBY CERTIFY, that a true and correct copy of the foregoing has been furnished by the United States mail or by electronic transmission to the parties listed below on the 21st day of November, 2016.

**Debtors** - Michael Kenneth Sweinhagen, 2411 Captain Drive, Deltona, FL 32738 and Jennifer Lynn Sweinhagen, 2411 Captain Dr., Deltona, FL 32738
**Debtors' Attorney -** Kenneth A Paquette, Clark & Washington, 135 W Central Blvd, Ste 650, Orlando, FL 32801

**/S/ LAURIE K. WEATHERFORD**
Chapter 13 Trustee
Stuart Ferderer
FL Bar No. 0746967
Wayne Spivak
FL Bar No. 38191
Attorneys for Trustee
PO Box 3450
Winter Park, FL 32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com