UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:
Michael Kenneth Sweinhagen
Jennifer Lynn Sweinhagen         Case No.:11-bk-13136-KSJ
                                            Chapter 13
    Debtors.
_____/

## MOTION TO ALLOW TAX DEBT TO SURVIVE PLAN

COME NOW, Debtors Michael Kenneth Sweinhagen and Jennifer Lynn Sweinhagen, by and through their undersigned attorney, and file this Motion to Allow Tax Debt to Survive the Plan, as grounds in support of this Motion, the following is stated:

1. The Debtors filed Chapter 13 bankruptcy on August 30, 2011.
2. The Debtors have made all of their Chapter 13 plan payments and are awaiting discharge.
3. The Trustee's Motion to Dismiss Case for Incurring 2015 Post-Petition Tax Debt was filed on November 21, 2016 (Doc. No. 58).
4. The Debtors have entered into an installment agreement with the Internal Revenue Service where they are paying $50.00 per month. As of November 9, 2016, the balance owed towards their 2015 tax liability was $1,897.07 (Documentation Attached).

WHEREFORE, the Debtors by and through their undersigned attorney, pray that the Court will enter an Order Granting this Motion to Allow Tax Debt to Survive the Plan.

                                      /s/ Glenn Gallagher
                                      Glenn Gallagher, Esq.
                                      Clark & Washington, LLC
                                      4218 West Linebaugh Ave.
                                      Tampa, FL 33624
                                      FL Bar # 0176540
                                      Ph: 813-490-4858
                                      Attorney for Debtors



Department of the Treasury
Internal Revenue Service
Atlanta, GA 39901-0030

|  |  |
|---|---|
|  | WI |
| Notice | CP521 |
| Tax Year | 2015 |
| Notice date | November 9, 2016 |
| Social Security number | XXX-XX-9126 |
| To contact us | Phone 1-800-829-0922 |
| Your Caller ID | 799779 |
| Page 1 of 4 |  |

143208.557710.140887.30102 1 AT 0.399 864



MICHAEL K & JENNIFER L SWEINHAGEN
2411 CAPTAIN DR
DELTONA FL 32738-1124117

Your installment agreement
# Monthly payment due: $50.00

Thank you for your last payment of $50.00, received on October 27, 2016.

Your monthly payment of $50.00 is due on November 22, 2016. If you can't pay your monthly bill by this date, call us at 1-800-829-0922 to discuss your situation.

### Payment Information

| | |
|---|---|
| Last payment amount | $50.00 |
| Last payment received | October 27, 2016 |
| Amount you owe | $1,897.07 |
| Payment due date | November 22, 2016 |
| Minimum payment due | $50.00 |

**If we don't hear from you**

If we don't receive your payment of $50.00 by November 22, 2016, you may default on your agreement. If you default, you may have to pay a user fee to reinstate it. **You can pay online now at www.irs.gov/directpay.**

Continued on back...



## Payment

MICHAEL K & JENNIFER L SWEINHAGEN
2411 CAPTAIN DR
DELTONA FL 32738-1124117

| | |
|---|---|
| Notice | CP521 |
| Notice date | November 9, 2016 |
| Social Security number | XXX-XX-9126 |

- Make your check or money order payable to the United States Treasury.
- Write your Social Security number (XXX-XX-9126), the tax year (2015), and the form number (1040) on your payment and any correspondence.

**Monthly payment due by November 22, 2016**   $50.00

INTERNAL REVENUE SERVICE
P.O. BOX 931200
LOUISVILLE, KY 40293-1200

XXXXX9126 LO SWEI 30 0 201512 670 00000005000

4/18/2016                                   DDIA Confirmation



# Online Payment Agreement (OPA)



Review Amount Owed    Choose Payment Option    Verify Contact Information    Confirm Payment

## Pre-assessed Direct Debit Installment Agreement Confirmation

**Your have been approved for a Direct Debit Installment Agreement.**

Thank you for using the Online Payment Agreement (OPA). Please print this page for your records.

You indicated that you just filed your tax return and agreed to pay the amount you owe by Electronic Funds Transfer (EFT) from your checking account in the amount of **$50** on the **22nd** day of each month.

In addition, when we have completed processing your tax return you will receive a notice from us showing the amount of tax, penalties and interest you owe. The notice asks for payment of the total amount you owe. The law requires us to send this notice; however, because you have an installment agreement, you do not have to respond to the notice.

You are expected to make your installment payment each month. If you have new or additional taxes that become due during the term of this agreement, you must pay them in full and on time. Send your payment to us at the address shown on your notice (Cannot find your service center address?). All other payments will be electronically withdrawn. Please keep sufficient funds in your checking account to cover the payment when it is due.

If you incur any additional tax liabilities or fail to file any future tax returns, your installment agreement is subject to default. To avoid future delinquencies and confirm that your federal tax withholding is correct, you can access the following Publication 505, Tax Withholding and Estimated Tax, and Form W-4, Employee's Withholding.

## Ways to Pay Taxes

Your payment can be made by Electronic Funds Transfer (EFT), credit card, check, money order, cashier's check, or cash. Your payment must be received by the IRS no later than **06/22/2016**.

### EFT

Electronic Funds Transfers directly from a bank account can be made by enrolling in Direct Pay. If you have already enrolled in Direct Pay, and have a PIN, you may make an EFT directly from your bank account.

- IRS Direct Pay (www.irs.gov/directpay) or
- Call 1-800-555-4477 or 1-800-945-8400 or
- Publication 966, Electronic Federal Tax Payment System (PDF)

### Credit Card

Your payments by credit card can be made, for a fee, through one of three official vendors:

- Official Payments Corporation(www.officialpayments.com) or 1-888-UPAYTAX (1-888-872-9829)
- Link2Gov (www.pay1040.com) or 1-888-PAY1040 (1-888-729-1040)
- RBS Worldpay Inc. (www.payUSAtax.com) or 1-888-9-PAY-TAX (1-888-972-9829)

### Check, Money Order, or Cashier's Check

Payments by check, money order, or cashier's check, should:

- Be made payable to United States Treasury

### Cash

Cash payments can only be made in person at a local IRS Office. Do not send cash through the mail.

4/18/2016 — DDIA Confirmation

(or U.S. Treasury).
- Include the Social Security Number or Individual Taxpayer Identification Number (ITIN), tax period, and related tax form number.
- Be mailed to the address <u>shown on your notice</u> (Cannot find your <u>service center address</u>?)

Interest and penalties will continue to be added to the amount you owe until the balance is paid in full. We encourage you to <u>make additional payments</u> on your account balance whenever possible. By paying more than your required monthly payment amount, you will reduce the penalty and interest charges.

If any portion of your balance is due to the shared responsibility payment, please refer to the note below.

**Note:** The shared responsibility payment (SRP) amount that you owe is the assessed payment for not having minimum essential health coverage for you and, if applicable, your dependents per Internal Revenue Code Section 5000A - individual shared responsibility payment. The SRP amount you owe is not subject to penalties. However, interest will continue to accrue until you pay the total SRP balance due.

Please take a brief survey on your experience using OPA:    SURVEY

EXIT

Contact Us | IRS Privacy Policy

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing Motion to Allow Tax Debt to Survive Plan was furnished on December 13, 2016, by U.S. Mail and/or electronic mail via CM/ECF pursuant to Local Rule 7005-3 to:

Laurie K. Weatherford
P.O. Box 3450
Winter Park, FL 32790

Michael Kenneth Sweinhagen
Jennifer Lynn Sweinhagen
2411 Captain Drive
Deltona, FL 32738

United States Trustee
400 West Washington St.
Suite 1100
Orlando, FL 32801

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346

Dated: 12/13/2016

/s/ Glenn Gallagher
Glenn Gallagher, Esq.
Clark & Washington, LLC
4218 West Linebaugh Ave.
Tampa, FL 33624
FL Bar # 0176540
Ph: 813-490-4858
Attorney for Debtors